**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

PROGRESSIVE EXPRESS
INSURANCE COMPANY,

        Plaintiff,

v.                                    Case No.: 6:23-cv-965-WWB-RMN

JGR DOORS & WINDOWS, LLC,
JUSTIN RHODES, GAYLE GALUSHA
and BRENDA JONES,

        Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Default Declaratory Judgment (Doc. 44). United States Magistrate Judge Robert M. Norway issued a Report and Recommendation (Doc. 46), in which he recommends that the Motion be granted.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 46) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Declaratory Judgment (Doc. 44) is **GRANTED**.

3. The Court **DECLARES** that Plaintiff's Policy does not afford coverage to Defendants JGR Doors & Windows, LLC, Justin Rhodes, or Gayle Galusha

for the Underlying Lawsuit, pending before the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, styled *Brenda Carmeta Blake Jones, individual and as a Personal Representative the Estate of Winston Jones v. Gayle Galusha & Justin Rhodes*, Case No. 2023-CA-001130-O, and Plaintiff has no duty to defend or indemnify Defendants JGR Doors & Windows, Rhodes, or Galusha for any judgment that may be entered against any or all of them in connection with the Underlying Lawsuit.

4. The Clerk is directed to enter a judgment in favor of Plaintiff, and against Defendants, in accordance with this Order and the Report and Recommendation. Thereafter, the Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on June 10, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2